# Exigent Circumstances

When I had money, I got 2 Lawyer Referrals from the Montgomery County BAR Association, neither of which worked out.

Once I ran out of money, I contacted SouthEastern PA Free Legal Aide and they refused/declined to help me file for Bankruptcy.

I am running out of time & was NOT sure what to do. Then there was power outage & the Microsoft Crowdstrike situation. So I decided to take public transportation from the suburbs to the Federal Bankruptcy Court & file in person.

Richard C. Barron, II
9/30/1980
76311

FILED 2024 JUL 23 P 2:18 U.S. BANKRUPTCY COURT