UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard Charles Bannon, II.   :          Chapter 7

Debtor.   :          Bky. No. 24-12541 (PMM)

## ORDER ALLOWING PAYMENT IN INSTALLMENTS

**AND NOW**, the Debtor having filed an Application for Leave to Pay the Filing Fee in Installments (doc. #4, "the Application");

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Debtor shall pay the filing fees as follows:

   a. *$100.00 on or before August 5, 2024;*

   b. *$100.00 on or before August 26, 2024; and*

   c. *$138.00 on or before September 13, 2024*.

*(signed)* Patricia M. Mayer

**Dated: 7/24/24**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010