IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Richard Charles Bannon, II,** | : | |
| Debtor. | : | Case No. **24-12541 (PMM)** |

## ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the *pro* se Debtor's Motion for Waiver of Credit Counseling (doc. #5, the "Motion");

It is hereby **ordered** that a **hearing** with regard to the Motion will be held on **Wednesday, August 7, 2024 at 9:30 a.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107**.

If the Debtor fails to attend the hearing, the Motion may be denied without further notice or hearing.

Dated: 7/24/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010