# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Richard Charles Bannon, II, | : | Chapter 7 |
| | : | |
| | : | Case No. 24-12541 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER DENYING MOTION AND DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of *pro se* Debtor's Motion for Waiver of Credit Counseling (doc. #5, the "Motion");

**AND** a hearing with regard to the Motion having been held and concluded on August 7, 2024;

**AND** for the reasons stated at the hearing;

It is hereby **ordered,** that:

1) The Motion is **denied**; and

2) The Debtor's bankruptcy case is **dismissed**.

*[signature: Patricia M. Mayer]*

Date:  8/7/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010